**No. 10-6063. Johnny I. Prather, Petitioner v. William F. Lee, Jr., Chief Judge, Superior Court of Georgia, Coweta County.**

562 U.S. 1125, 131 S. Ct. 854, 178 L. Ed. 2d 584, 2010 U.S. LEXIS 9623.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 1008, 131 S. Ct. 514, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8556.